**Donald C. WINTER, Secretary of the Navy, Appellant,**

v.

**AMERICAN BRIDGE COMPANY, Appellee.**

No. 2007–1541.

United States Court of Appeals, Federal Circuit.

Jan. 23, 2008.

### *ORDER*

Upon consideration of the motion to voluntarily dismiss this appeal filed by the Secretary of the Navy, appellant in the above-captioned appeal, and the consent of appellee, to the motion, it is hereby

ORDERED that the appellant's motion is hereby granted, and it is further

ORDERED that this appeal is hereby DISMISSED without prejudice. Each party shall bear its own costs and attorney fees.